IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSEMONT HOTELS, INC.,
a Florida corporation,

    Plaintiff/Counter-Defendant,

v.

BARTON MALOW COMPANY,
a foreign corporation,

    Defendant/Counter-Plaintiff.

_____/

Case No.: 6:23-cv-01073-CEM-RMN

(Formerly Osceola County Circuit Court
Case No.: 2023-CA-001681)

### ROSEMONT HOTELS, INC.'s UNOPPOSED MOTION
### FOR LEAVE TO AMEND COMPLAINT AND ADD PARTIES

Plaintiff/Counter-Defendant, ROSEMONT HOTELS, INC., ("Rosemont"), by and through its undersigned counsel and pursuant to Rules 15 and 21 of the *Federal Rules of Civil Procedure*, submits this Motion for Leave to File Amended Complaint and Add Parties and, in support thereof, state as follows:

### BACKGROUND AND HISTORY

1. On March 21, 2023, Rosemont filed its Complaint in this action in the Osceola County Circuit Court, in and for the State of Florida, bearing Case No.: 2023-CA-001681. The Complaint seeks damages for Breach of Contract, Breach of Warranty, Negligence and Violation of Fla. Stat. §553.84 that arose from a construction luxury hotel project known as "*Ette Hotel*", located in Osceola County,

Florida.

2. Defendant, BARTON MALOW COMPANY, ("Barton Malow") was served with the Complaint on May 24, 2023.

3. On June 8, 2023, this matter was removed to the United States District Court for the Middle District of Florida, Orlando Division (DE #1), bearing Case No.: 6:23-cv-01073.

4. On June 9, 2023, Barton Malow filed its Answer, Affirmative Defenses, and Counterclaim (DE #2). The Counterclaim seeks damages for Breach of Contract, Breach of Contract Implied in Fact, and Unjust Enrichment.

5. On July 3, 2023, Rosemont filed its Answer & Affirmative Defenses to the Counterclaim (DE #17).

6. On July 7, 2023, this Court entered its Case Management and Scheduling Order (DE #18) setting forth, among other deadlines, a deadline to join a party or amend pleadings no later than September 6, 2023.

**BACKGROUND AND HISTORY**

7. Both the Complaint and Counterclaim contain allegations concerning the scope of work by the Architect of Record (Jonathan Nehmer & Associates, Inc.) and its MEP/FP Engineer consultant (RTM Engineering Consultants, LLC).

8. To clarify Rosemont's claim and exhaust its available relief sought, Rosemont seeks this Court's leave to amend the Complaint and add party

2

defendants, Jonathan Nehmer & Associates, Inc. and RTM Engineering Consultants, LLC.

9. Fed. R. Civ. P. 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

10. Fed. R. Civ. P. 15's requirement that leave should be "freely given," is a mandate that should be heeded. *See* Havana Docks Corporation v. Norwegian Cruise Line Holdings, Ltd., 454 F. Supp.3d 1259, FN 15 (S.D. Fla. 2020). "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'" *Id.*

11. Here, no such concerns exist, and the Court should grant leave for Rosemont to amend their Complaint and add parties.

12. There is neither any accusation nor any evidence of bad faith or dilatory motivation on behalf of Rosemont by requesting to amend their Complaint and add parties.

13. Also, Rosemont's Motion for Leave to Amend the Complaint and Add Parties is being filed less than six months after the Complaint was originally filed

and prior to the Case Management Deadline to do so as set by this Court and is the first amendment sought in this case by Plaintiff. As such, there has been no undue delay by Rosemont in seeking to amend their Complaint and add parties.

14. A true and correct copy of Plaintiff's proposed Amended Complaint is attached hereto as Exhibit "1".

15. Finally, Defendant will not be unduly prejudiced by Plaintiff's Amendment, as counsel for both Parties met and conferred and Defendant has no objection to Plaintiff's Motion for Leave to Amend its Complaint.

**WHEREFORE,** for the foregoing reasons, Rosemont requests that this Court grant its Motion for Leave to File Amended Complaint and Add Parties, Jonathan Nehmer & Associates, Inc. and RTM Engineering Consultants, LLC.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies, as attorneys for Rosemont Hotels, Inc., that he has conferred with Monte Starr, Esq., as attorneys for Barton Malow Company, in a good faith effort to resolve this Motion and further states that the parties have agreed on the resolution of all parts of this Motion.

**NELSON MULLINS**
*Attorneys for Rosemont Hotels, Inc.*

*/s Michael K. Wilson, Esq.*
**Michael K. Wilson, Esq.**
Florida Bar 0657069

mike.wilson@nelsonmullins.com
katie.bartoo@nelsonmullins.com
melissa.tejada@nelsonmullins.com>
**Paul A. Bennett, Esq.**
Florida Bar No. 106278
paul.bennett@nelsonmullins.com
390 North Orange Avenue, Suite 1400
Orlando, FL 32801
407.669.4350

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of September, 2023, I filed the foregoing with the Clerk of Court by using the CM/ECF System which will send notice of electronic filing to the following:

Ben W. Subin, Esq.
Monte Starr, Esq.
Holland & Knight, LLP
200 S. Orange Ave.
Suite 2600
Orlando, FL 32801
ben.subin@hklaw.com
monte.starr@hklaw.com
michele.theye@hklaw.com
andrea.williams@hklaw.com
marquela.nieto-montenegro@hklaw.com

*Michael K. Wilson*
**Michael K. Wilson, Esq.**
Florida Bar 0657069